IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINCOLN BENEFIT LIFE, | ) | 4:13CV3210 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES W. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for extension of time (filing 50) is granted, as follows:

Defendant shall have until May 12, 2014, to file a reply regarding Defendant's motion for summary judgment (filing 20).

DATED this 2nd day of May, 2014.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge

-1-