IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN BENEFIT LIFE,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES W. WILSON,<br><br>                Defendant. | 4:13CV3210<br><br>**AMENDED PROGRESSION ORDER** |

A Joint E-mail Motion (Filing #60) requests a 60 day extension on discovery, pretrial and trial dates. The motion is granted.

IT IS ORDERED that the amended progression order is as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **February 9, 2015**, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **January 27, 2015** at **11:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 26, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **November 12, 2014** at **10:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is November 10, 2014. Motions to compel Rule 33 through 36 discovery must be filed by October 27, 2014.

5)      The deadline for identifying expert witnesses expected to testify at the trial is November 17, 2014.

6)      The deadline for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is November 28, 2014.

7)      The deposition deadline is November 10, 2014.

8)      The deadline for filing motions to dismiss and motions for summary judgment is December 17, 2014. The parties are advised, however, that the trial and pretrial conference be continued on the court's own motion if dispositive motions are filed after November 10, 2014.

9)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 19, 2015.

10)     Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

11)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated the 11th day of August, 2014.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge