IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN BENEFIT LIFE,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JAMES W. WILSON,<br><br>                    Defendant. | **4:13CV3210**<br><br>**THIRD AMENDED<br>PROGRESSION ORDER** |

The parties' Joint Motion to Amend Scheduling Order, (Filing No. 69), is granted as follows:

1)      The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **July 27, 2015**, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.   Jury selection will be held at the commencement of trial.

2)      The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **July 14, 2015** at **9:30 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 13, 2015.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)      The telephonic conference scheduled for January 20, 2015 is continued, and will be held before the undersigned magistrate judge on **February 17, 2015** at **10:00 a.m.**   Counsel for plaintiff shall place the call.

4)      The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is February 26, 2015.  Motions to compel Rule 33 through 36 discovery must be filed by March 19, 2015. **Note:**  Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5)      The deadline for identifying expert witnesses expected to testify at the trial is March 5, 2015.

6)      The deadline for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is March 11, 2015.

7)      The deposition deadline is February 26, 2015.

8)      The deadline for filing motions to dismiss and motions for summary judgment is April 3, 2015.

9)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 5, 2015.

10)     **No additional continuances will be granted absent a substantial showing of good cause.**

Dated the 9th day of January, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge