IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LINCOLN BENEFIT LIFE COMPANY,

        Plaintiff,

v.

JAMES W. WILSON,

        Defendant.

CASE NO. 4:13-cv-3210

## STIPULATION EXTENDING TIME TO TAKE DEPOSITIONS

Subject to the approval of the Court, and as agreed upon during the telephonic hearing which took place on February 18, 2015, it is hereby stipulated by and between Plaintiff and Defendant, through their respective counsel, that the deadline to take depositions in this matter is hereby extended to and including March 26, 2015. All other deadlines will remain as previously scheduled on January 9, 2015. *See* D.E. 70.

| DRINKER BIDDLE & REATH LLP | WEG AND MYERS P.C. |
|---|---|
| */s/ Katherine L. Villanueva* | */s/ Joshua L. Mallin* |
| Katherine L. Villanueva (*admitted Pro Hac Vice*) | Joshua L. Mallin |
| One Logan Square, Ste. 2000 | Federal Plaza |
| Philadelphia, PA 19103 | 52 Duane Street |
| (215) 988-2535 | New York, New York 10007 |
| *Attorneys for Plaintiff Lincoln Benefit Life Company* | (212) 227-4210 |
| | *Attorneys for Defendant James W. Wilson* |

2

February 19, 2015.                    BY THE COURT:

                                      _____
                                      Cheryl R. Zwart
                                      United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send Notices of Electronic Filing to all parties of record:

Dennis D'Antonio
Joshua L. Mallin
Tal Basis
WEG AND MYERS, P.C.
Federal Plaza
52 Duane Street
New York, NY 10007
(212) 227-4210
ddantonio@wegandmyers.com
jmallin@wegandmyers.com
lmaletta@wegandmyers.com

Joseph F. Gross, Jr.
TIMMERMIER, GROSS & PRENTISS
8712 W. Dodge Rd., Suite 401
Omaha, NE 68114
(402) 391-4600
jfgross@tgplaw.com

*Attorneys for Defendant James W. Wilson*

By: */s/ Katherine L. Villanueva*
Katherine L. Villanueva (*admitted Pro Hac Vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-2535
Katherine.villanueva@dbr.com