IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LINCOLN BENEFIT LIFE,

        Plaintiff,

vs.

JAMES W. WILSON,

        Defendant.

4:13CV3210

**ORDER**

IT IS ORDERED:

The motion to permit Laura Malleta to withdraw as counsel on behalf of James W. Wilson, (filing no. 86), is granted.

February 23, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge