# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES W. WILSON,<br><br>      Defendant. | CASE NO. 4.13-cv-3210 |

IT IS ORDERED that the Motion to permit Justin English to withdraw as counsel on behalf of Plaintiff Lincoln Benefit Life Company is GRANTED.

June 3, 2015.

BY THE COURT:

*[signature]*
Cheryl R. Zwart
United States Magistrate Judge