IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LINCOLN BENEFIT LIFE,

        Plaintiff,

vs.

JAMES W. WILSON,

        Defendant.

4:13CV3210

**ORDER**

After conferring with the parties,

IT IS ORDERED:

1) Any motion to compel on Defendant's fourth and Fifth Requests for Production of Documents shall be filed on or before June 23, 2015.

2) Plaintiff's response shall be filed on or before June 30, 2015.

3) No reply shall be filed.

June 15, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge