IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINCOLN BENEFIT LIFE, | ) | 4:13CV3210 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES W. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In response to the July 8, 2015 correspondence from Wilson's counsel (Filing No. 141), requesting clarification of the court's memorandum and order entered on July 7, 2015 (Filing No. 139),

IT IS ORDERED that the "complete record" in the case of *Stephen Carb as Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company, Inc.*, Case No. 09cv2980, in the United States District Court for the Southern District of New York, should include all pleadings, trial transcripts, exhibits marked into evidence, and all trial related submissions to the court (including, but not limited to, pretrial conference orders and reports, trial briefs, motions in limine, requests to charge, and proposed jury interrogatories), plus any other court filings Wilson deems relevant to the issue of collateral estoppel.

DATED this 13th day of July, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge