IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LINCOLN BENEFIT LIFE, | ) | 4:13CV3210 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JAMES W. WILSON, | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (filing 172) is granted, and it shall have until March 21, 2016, to respond to Defendant's motions in limine (filings 161, 165).

2. Defendant's motion for extension of time (filing 173) is granted, and he shall have until March 21, 2016, to respond to Plaintiff's motions in limine (filings 168, 171).

3. The parties' motions in limine (filings 161, 165, 168, 171) shall be held in abeyance and not considered until the first day of trial during the conference with counsel which will be held in chambers immediately prior to trial, unless a party shall show cause, on or before March 28, 2016, why such deferral would be inappropriate.

DATED this 16th day of March, 2016.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge