IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LINCOLN BENEFIT LIFE, | ) | 4:13CV3210 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JAMES W. WILSON, | ) | |
| Defendant. | ) | |

Following the court's conference call today with counsel to discuss the status of the case, and with the agreement of counsel,

IT IS ORDERED:

1. On or before April 11, 2016, Plaintiff shall file a motion requesting a ruling by the court on the question of whether all affirmative defenses it intends to present at trial are precluded by the law of the case doctrine. The motion must describe with specificity each affirmative defense Plaintiff intends to raise and must be supported by a brief which explains in detail why Plaintiff believes the affirmative defense is not precluded by the court's previous rulings. Plaintiff may also request confirmation from the court that other affirmative defenses Plaintiff believes to be precluded by the court's previous rulings are, in fact, precluded.

2. On or before April 21, 2016, Defendant shall file a response.

3. Upon the filing of Defendant's response, Plaintiff's motion will be ripe for determination, and the court will endeavor to issue a prompt ruling.

DATED this 1st day of April, 2016.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge