IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN BENEFIT LIFE,     ) | 4:13CV3210 |
| )  | |
| Plaintiff,     ) | |
| )  | |
| v.     ) | JUDGMENT |
| )  | |
| JAMES W. WILSON,     ) | |
| )  | |
| Defendant.     ) | |
| )  | |

    The court having dismissed with prejudice Plaintiff's damage claims in granting in part Defendant's motion for summary judgment on December 16, 2015, pursuant to Federal rule of Civil Procedure 56(a), and having granted Defendant's motion for judgment as a matter of law at the close of the evidence at trial on January 11, 2017, pursuant to Federal Rule of Civil Procedure 50(a),

    JUDGMENT IS ENTERED providing that:

1.    All claims alleged in Plaintiff's complaint are dismissed with prejudice.

2.    On Defendant's counterclaims, Defendant shall recover from Plaintiff the sum of $1,575,023.39 plus taxable costs.

DATED this 11th day of January, 2017.

                                                        BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                        Senior United States District Judge